DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR MIRANDA-CARILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff,*<br><br>         v.<br><br>OSCAR MIRANDA-CARILLAS,<br><br>                    *Defendant.* | No. 1:10-cr-00123 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:   September 27, 2010<br>Time:   9:00 a.m.<br>Judge:  Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Oscar Miranda-Carillas, that the date for status conference in this matter may be continued to September 27, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is August 23, 2010.  The requested new date is September 27, 2010.**

   This continuance is requested because defense counsel has just learned that an ICE detainer may have been placed on Mr. Miranda-Carillas in the Central District of California after he was originally arrested in November 2007.  Additional time is needed to investigate this possible venue issue.

   The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice

served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 19, 2010 | By /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 19, 2010 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>OSCAR MIRANDA-CARILLAS |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   August 20, 2010

CHIEF UNITED STATES DISTRICT JUDGE