1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  OSCAR MIRANDA-CARILLAS

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:10-cr-00123 AWI
                                        )
12              Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE AND ORDER THEREON
13       v.                             )
                                        )   Date:   November 1, 2010
14  OSCAR MIRANDA-CARILLAS,             )   Time:   9:00 a.m.
                                        )   Judge:  Hon. Anthony W. Ishii
15              Defendant.              )
                                        )
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20  Assistant Federal Defender, counsel for defendant Oscar Miranda-Carillas, that the date for status

21  conference in this matter may be continued to November 1, 2010, or the soonest date thereafter that is

22  convenient to the court.  **The date currently set for status conference is September 27, 2010.  The**

23  **requested new date is November 1, 2010.**

24       This continuance is requested to allow additional time to investigate a possible venue issue, as the

25  defense believes that Mr. Miranda-Carillas was located in the Central District of California when he was

26  found by ICE.

27       The parties agree that the delay resulting from the continuance shall be excluded as necessary for

28  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of justice

served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 23, 2010        By /s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 23, 2010        By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
OSCAR MIRANDA-CARILLAS

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   September 23, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE